## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| Neuroscience Advanced Systems, Inc., a New York Corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2022 CH 10899 |
| Eugene Lipov and Lipov Medical S.C. d/b/A Stella Center, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF FILING NOTICE OF REMOVAL

Please take notice that on December 6, 2022, defendant Euguene Lipov and Lipov

Medical S.C. d/b/a Stella Center, by its counsel, Paul M. Bach and Penelope N. Bach of Bach

Law Offices, Inc., removed this action to the United States District Court for the Northern

District of Illinois. That Notice was filed pursuant to 28 U.S.C. §§1441 and 1146, and a copy is

attached hereto.

Respectfully Submitted,

Euguene Lipov and Lipov Medical S.C. d/b/a
Stella Center

By:   /s/ Paul M. Bach
      Paul M. Bach
      Penelope N. Bach
      Bach Law Offices, Inc.
      P.O. Box 1285
      Northbrook, Illinois 60062
      (847) 564 0808
      paul@bachoffices.com

**CERTIFICATE OF SERVICE**

      I, Paul M. Bach, an attorney, hereby certify that on December 6, 2022, I caused the

foregoing **Notice of Removal** to be served upon the following attorneys of records via email

and this Court's electronic filing system:

Marty J. Schwartz
Schain Banks Kenny & Schwartz
Three First National
Plaza Suite 2300
Chicago, Illinois 60602
Mschwartz@schainbanks.com

/s/ Paul M. Bach
Paul M. Bach