# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Neuroscience Advanced Systems, Inc., vs. Lipov et al.

Case Number: 22-cv-06847

An appearance is hereby filed by the undersigned as attorney for:
Euguene Lipov and Lipov Medical S.C. d/b/a Stella Center

Attorney name (type or print): Paul M. Bach

Firm: Bach Law Offices, Inc.

Street address: P.O. Box 1285

City/State/Zip: Northbrook, Illinois 60065

Bar ID Number: 06209530
(See item 3 in instructions)

Telephone Number: 847 564 0808

Email Address: paul@bachoffices.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes ✓ No |
| Are you a member of the court's trial bar? | ✓ Yes ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ✓ Yes ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/06/2022

Attorney signature: S/ Paul M. Bach
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015