# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Neuroscience Advanced Systems, Inc.
Plaintiff,

v.  Case No.: 1:22−cv−06847
Honorable Charles P. Kocoras

Eugene Lipov, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 23, 2023:

MINUTE entry before the Honorable Charles P. Kocoras: Telephonic status hearing set for 1/24/2023 at 10:30 a.m. is reset to 10:10 a.m. (TIME CHANGE ONLY) Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.