IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NEUROSCIENCE ADVANCED SYSTEMS INC., a New York corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case no. 22-cv-06847 |
| EUGENE LIPOV and LIPOV MEDICAL S.C. d/b/a STELLA CENTER | ) ) ) ) | Hon. Charles P. Kocoras |
| Defendants. | ) | |

**PLAINTIFF'S LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES**

The Plaintiff, Neuroscience Advanced Systems Inc., by its attorneys, submits its Local Rule 3.2 Notification of Affiliates, as follows:

1. Dr. Eugene Lipov

2. Dr. Philip A. DeFina

| | |
|---|---|
| Marty J. Schwartz<br>Schain Banks Kenny & Schwartz, Ltd.<br>Three First National Plaza, Ste. 2300<br>Chicago, Illinois 60602<br>(312) 345-5700<br>mschwartz@schainbanks.com | **Neuroscience Advanced Systems Inc.,**<br><br>By  /s/ Marty J. Schwartz<br>One of its attorneys |

1