

# ADVANCED PAIN CENTERS, S.C.
3000 North Halstead St. Suite 823
Chicago, IL 60657
C: 844-742-7873
F: 224-777-2101

July 8, 2019

Philip A. DeFina, Ph.D.
Neuroscience Advanced Systems Inc.
109 Lafayette Street, Suite 802
New York, NY 10013

**SETTLEMENT AND RELEASE AGREEMENT**

Dr. DeFina:

This letter confirms our agreement with respect to Neuroscience Advanced Systems Inc. (the "Company").

I hereby withdraw as a shareholder of the Company and transfer to you all right, title and interest in and to my 30 shares of capital stock of the Company as of the effective date of this letter. I further agree to pay to you 15% of all yearly profits I collect in treatment of PTSD patients through any entity I form after January 1, 2019.

In exchange for my shares and my agreement regarding future profits, you hereby release and forever discharge me from any and all liabilities, claims, demands, actions, causes of action, suits, debts, damages, costs, expenses, attorney's fees, obligations and rights, of whatever nature, character or description, in law or in equity, known or unknown, asserted or not asserted, foreseen or unforeseen, suspected or unsuspected (collectively, "Claims") which you or the Company have or may have against me. You further agree to defend, indemnify and hold me harmless from and against all Claims brought against the Company by any third parties. You further agree not to use or make any claims against my proprietary information or techniques for the treatment of PTSD, including without limitation my Stellate Ganglion Block, C-3 block, or Pulsed Radiofrequency Treatment procedures.

This letter constitutes the complete understanding between us with respect to the matters covered herein and supersedes all prior written and oral agreements between us. Please sign and date this letter where indicated below. This letter and the agreement herein will be effective when you sign it.

[Signature Page to Follow]



**ADVANCED PAIN CENTERS, S.C.**
3000 North Halstead St. Suite 823
Chicago, IL 60657
C: 844-742-7873
F: 224-777-2101

Signature Page to
Settlement and Release Agreement

_____    ___7/11/13___
Eugene Lipov, M.D.              Date

ACCEPTED AND AGREED BY:

_____    _____
Philip A. DeFina, individually and as    Date
sole officer, director and shareholder of
Neuroscience Advanced Systems Inc.